DAJHAR JOHNSON

4341 S. MORGAN AVENUE

LOS ANGELES, CA 90011

(213) 842-3782


# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJHAR JOHNSON, an Individual;<br><br>　　　　　　　Plaintiff,<br><br>VS.<br><br>HSBC BANK USA,<br>NATIONAL ASSOCIATION<br><br><br><br><br><br><br><br><br>DEFENDANT(S). | Case No. CV 14 07724<br><br>**COMPLAINT FOR:**<br><br>Unlawful DEBT COLLECTION<br><br>　　　　　　PRACTICES<br><br><br>FAIR DEBT COLLECTION<br>　　PRACTICES ACT<br><br>FAIR CREDIT REPORTING ACT<br><br><br>**Jury Trial Demanded:** Yes |

LODGED

2014 OCT -6 AM 11: 55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

## I. COMPLAINT INTRODUCTION

1. This is an action for damages brought by an individual consumer against

Defendant for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §

1692, et seq. (FDCPA) and the California Rosenthal Act, Civil Code § 1788 et

seq. ( Rosenthal Act ) both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

2.  This is an action for damages brought by an individual consumer against Defendant for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ( FCRA) which prohibits furnishers from reporting false and inaccurate information.

## II. JURISDICTION AND VENUE

3.  This Court has jurisdiction under:  15 U.S.C. sec. 1692 k (d), 28 U.S.C. sec. 1331, and 28 U.S.C. sec. 1337. Supplemental jurisdiction exist for the state law claims pursuant to 28 U.S.C. § 1367. Venue is proper pursuant to: 28 U.S.C. § 1391(b) where that the defendant transact business here and the conduct complained of occurred here.

## III.   PARTIES

4.  Plaintiff  DAJHAR JOHNSON is a natural person resided at California. Plaintiff is a consumer within the meaning of 15 U.S.C. sec. 1692 a (3), 15 U.S.C. § 1681 a (c).

5.  Defendant: HSBC BANK, NATIONAL ASSOCIATION is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6); a furnisher of information within the  meaning 15 U.S.C. § 1681 a (b) doing the business of collecting debts in California, operating from an address: P.O. BOX 5253

CAROL STREAM, IL 60197.

6. Defendant is engaged in the collection of debts from consumer using the mail and telephone. Defendant regularly engaged as furnishers of consumer Transunion, and Experian credit file. Defendant regularly attempt to collect consumer debt alleged to be due to another. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a (6), by the Rosenthal Act, California Civil Code 1788.2 (c)., and furnisher of information defined by the 15 U.S.C. § 1681s-2.

7. Defendant is all entities or individuals who contributed to or participated in, or authorized the acts or conspired with the name Defendant to commit the acts and do the things complained of which caused the injuries and damages to Plaintiff as set forth below. Each of the parties, named and fictitious, acted as principal and agent, each of the other, and combined and concurred each with the other in committing the acts that injured the Plaintiff.

8. The true names and capacities, whether individual, corporate (including officers and directors thereof), associate or otherwise of Defendant sued herein as DOES 1 thru 5, inclusive, are unknown to plaintiff, who therefore sues this Defendant by such fictitious names. Plaintiff is informed and believes, and all alleges that each Defendant designated as DOE is involved in or is in some manner responsible as a principal, beneficiary, agent, co-conspirator, joint

venturer, alter ego, third party beneficiary, or otherwise, for the agreements,

transactions, events and/or acts hereinafter described, and thereby proximately

caused injuries and damages to Plaintiff. Plaintiff requests that when the true

names and capacities of these DOE Defendants are ascertained, they may be

inserted in all subsequent proceedings, and that this action may proceed against

them under their true names.

9. Plaintiff is a "consumer " as defined by the FDCPA, 15 U.S.C. 1692a(3).

10. The purported debt that Defendant attempted to collect from Plaintiff was

a "debt" as defined by the FDCPA, 15 U.S.C. § 1692a(5).

11. Plaintiff is a "debtor" as defined by the Rosenthal Act, California Civil

Code 1788.2(h).

12. The purported debt which defendant attempted to collect from Plaintiff

was a "consumer debt" as defined by the Rosenthal Act, California Civil

Code § 1788.2(f)

13. Experian, and Transunion is a credit reporting agency within the

meaning FCRA 15 U.S.C. § 1681a(f)

14. Consumer credit report is a consumer report within the meaning of the

FCRA 15 U.S.C. § 1681 a (d)

15. Plaintiff has never had any business dealing or any accounts with made

applications for credit from, made application for employment with, applied for

insurance from or received a bonafied offer of credit from the defendant .

## IV.  STATEMENT OF FACTS

16. On January 19, 2014 Plaintiff upon requested Equifax, Transunion, Experian consumer credit report; Plaintiff discovered entries by entities had no knowledge of any business relationship with named defendant in the report.

17.  Defendant HSBC BANK USA, NATIONAL ASSOCIATION

prepared and issued consumer credit reports concerning plaintiff which included inaccurate information acct. # 70011919XXXX … in the amount of a charge off in violation 15 U.S.C. sec. 1681 g (d) (2) 15 U.S.C. sec. 1692 e (10).

18.  Defendant issued and re-aged plaintiff account  # 70011919XXXX

…. by updating the date of last activity on credit reporting in hopes of keeping negative information on plaintiff consumer credit report longer FCRA sec. 605 (c ) running of the reporting period. Said action thereby damaged Plaintiff by causing  Plaintiff credit score to decline resulting in Plaintiff having to pay higher insurance premiums.

19.  On February 4, 2014 Plaintiff sent via United States Postal Service Certified Mail letters disputing inaccurate information to 2 credit reporting bureau agencies. On February 04, 2014 Plaintiff sent 1st notice to HSBC BANK

USA, NATIONAL ASSOCIATION requesting formal debt validation upon 30

day notice to reply in accordance with (FDCPA)15 U.S.C. sec. 1692g, 15 U.S.C.

sec. 1681i, also informing defendant of their violations of the FCRA.

20. Plaintiff in a good faith effort to allow defendant HSBC BANK

USA, NATIONAL ASSOCITATION ample opportunity to validate alleged debt,

and take notice of their violations of the FDCPA. On March 13, 2014 Plaintiff sent

second letters via certified mail upon 10 day notice response. Defendant HSBC

BANK USA, NATIONAL ASSOCIATION has been regularly reporting a

collection account on Plaintiff consumer reports credit history inaccurately without

validating the alleged debt  U.S. COURT OF APPEALS NINTH CIRCUIT No.

00-15946 Nelson V. CHASE MANHATTAN. Defendant violated 15 U.S.C. sec.

1692 e (2) by falsely representing the character, amount, or legal status of any

debt.

21.   As a result of the acts alleged above, Plaintiff suffered increased

symptoms of chronic health conditions including high blood pressure, severe

stress related symptoms, including but not limited to nervousness, worry, severe

unhappiness, loss of appetite, weight loss, and interference with intimate

relationship.

22. Discovery of violations brought forth herein occurred in January 2014 and

and are within the statute of limitation, as defined in the FCRA 15 U.S.C. §

1681p; FDCPA 15 U.S.C. § 1692 k (d

## V.  CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( As against Defendant for Violations of FDCPA)

**(As against Defendant(s):** HSBC BANK USA, NATIONAL

ASSOCIATION

23.   Plaintiff re-alleges and incorporates by reference all of the foregoing

paragraphs.

24.Defendant violated the FDCPA. Defendants violations include, but are

not limited to, the following:

(a)  The Defendant violated 15 U.S.C. § 1692d by engaging in conduct

the natural consequence of which is to harass, oppress, and abuse persons in

connection with the collection of the alleged debt;

(b)   The Defendant violated 15 U.S.C. § 1692e(2) by misrepresenting the

legal status of the debt;

(c )   The Defendant violated 15 U.S.C. § 1692e(10) by using a false

representation and deceptive means to collect or attempt to collect any debt or to

obtain information regarding a consumer;

(d)   The Defendant violated 15 U.S.C. § 1692 f by using unfair or unconscionable means to collect or attempt to collect a debt;

(e)   The Defendant violated 15 U.S.C. § 1692f(1) by attempting to collect an amount not permitted by law.

25.  As a result of the above violations of the FDCPA, Defendant is liable to the Plaintiff for Plaintiff's actual damages, statutory damages, and court fees and costs Pursuant to 15 U.S.C. § 1692k

## SECOND CAUSE OF ACTION

(As against Defendant for Violation of the Rosenthal Act)

**As against Defendant(s):** HSBC BANK USA, NATIONAL ASSOCATION

26.  Plaintiff re-alleges and incorporates by reference all of the foregoing paragraphs.

27.  Defendant violated the Rosenthal Act, by including, but not limited to, the following:

(a)   the Defendant violated California Civil Code § 1788.17 by failing to comply with the FDCPA as alleged above;

(b)   Defendant acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

(c)Defendant violations of the Rosenthal Act were willful and knowing.

Defendant is therefore liable to Plaintiff for Plaintiff's actual damages,

statutory damages, court fees and costs pursuant to California Civil Code §

1788.30.

## V.     REQUEST FOR RELIEF

28. That this court grant judgment against defendant for first claim for relief

1) Actual damages determined by jury 2.) Punitive & Statutory damages 15

U.S.C. sec. 1692 d (1) 1692 f (6) Remedies 1692 k $1,000.00 per

statute 3.) legal cost and fees. 4.) Any relief as the court see fit.

Date: 10/06/14

Sign: _____

Print Name: Dajhar Johnson

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint

Date: 10/06/14

Sign: _____

Print Name: Dajhar Johnson

DAJHAR J. JOHNSON
4341 S. MORGAN AVE
LOS ANGELES, CA 90011

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

1/28/2014

Re: Acct # 70011919****

Amount: $ 0.00/ Charge Off

To Whom It May Concern:

This is not a refusal to pay, but a notice that your claim is disputed.

Under the Fair Debt Collections Practices Act (FDCPA), I have the right to request validation of the debt you say I owe you.  I am requesting proof that I am indeed the party you are asking to pay this debt, and there is some contractual obligation which is binding on me to pay this debt. Below are a few questions to answer which may help you to resolve these mistakes.

You should also be aware that reporting such invalidated information to major credit bureaus might constitute defamation of character, as the negative marks on my credit report harm my credit and prevent me from enjoying all the benefits of good credit.   I'm sure your legal staff will agree that non-compliance with this request could put your company in serious legal trouble with the FTC and other state or federal agencies.

In addition to the questionnaire below, please attach copies of:

- Agreement with your client that grants you the authority to collect on this alleged debt
- Agreement that bears the signature of the alleged debtor wherein he agreed to pay the creditor.
- Any insurance claims been made by any creditor regarding this account
- Any judgments been obtained by any creditor regarding this account

Best regards,

*Dajhar J. Johnson*

⑪

## Debt Validation Form

Questionnaire to be returned to me for Account #<insert account number here>

Original Creditor's Name: _____

Name of Debtor: _____

Address of Debtor: _____

Balance of Account: _____

Date you acquired this debt: _____

This Debt was: assigned _____   purchased _____

Please indicate any credit bureaus to which you have reported negative marks:

Experian          _____
Equifax           _____
TransUnion        _____

DAJHAR J. JOHNSON
4341 S. MORGAN AVE
LOS ANGELES, CA 90011

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

3/15/2014

Re: Acct # 70011919****

To Whom It May Concern:

I have previously sent you a request to validate my debt, account number 70011919**** on
February 04, 2014. Under the Fair Debt Collections Practices Act (FDCPA), I have the right to
request validation of the debt you say I owe you.  I have given you 30 days to remedy the
situation, which is a very reasonable period. I have received no reply from you, though I did
receive confirmation via mail that you did receive my letter on February 10, 2014.

Since you are still reporting this account on my credit report, you are now in violation of the
FCPDA, and are now subject to fines of $1000, which I may collect from you by filing a claim in
small claims court. I intend to follow through with the suit if I do not hear back from you within
10 days.

You should also be aware that reporting such invalidated information to major credit bureaus
might constitute defamation of character, as the negative marks on my credit report harm my
credit and prevent me from enjoying all the benefits of good credit. I'm sure your legal staff will
agree that non-compliance with this request could put your company in serious legal trouble with
the FTC and other state or federal agencies.

I look forward to hearing from you,

Dajhar Johnson
(Without Prejudice)

4341 MORGAN AVE
LOS ANGELES, CA 90011

**freecreditreport.com**

# Dajhar J Johnson's
# 1/19/2014 3-Bureau Credit Report with Scores

## Accounts (cont.)

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **HSBC/BSBUY (800) 695-6950** | | | |

| | | | |
|---|---|---|---|
| Account Name: | HSBC/BSBUY | No match found. | No match found. |
| Account #: | 700119192737XXXX | | |
| Payment Status: | Past due 180 days | | |
| Account Type: | Retail Card | | |
| Balance: | - | | |
| Date Open: | 10/01/2008 | | |
| Last Updated: | 04/01/2011 | | |
| Account Status: | - | | |
| Terms: | Revolving | | |
| Phone #: | (800) 695-6950 | | |
| Address: | PO BOX 5253 | | |
| Ownership: | | | |
| Original Creditor: | - | | |
| Company Sold-to: | - | | |
| Credit Limit: | $1800 | | |
| Monthly Payment: | - | | |
| Past Due Amount: | - | | |
| High Balance: | $1800 | | |
| Balloon Payment: | - | | |
| Comments: | - | | |

### 24-Month Payment History

| | 2013 | | | | | | | | | | | | 2014 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |



**freecreditreport**.com

# Dajhar J Johnson's
# 1/19/2014 3-Bureau Credit Report with Scores

## Accounts (cont.)

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| **HSBC/BSTBY (800) 695-6950** | | | |
| Account Name: | No match found. | No match found. | HSBC/BSTBY |
| Account #: | | | 70011919XXXX |
| Payment Status: | | | Charged off as bad debt |
| Account Type: | | | Unknown |
| Balance: | | | $0 |
| Date Open: | | | 10/17/2008 |
| Last Updated: | | | 01/01/0001 |
| Account Status: | | | - |
| Terms: | | | |
| Phone #: | | | (800) 695-6950 |
| Address: | | | PO BOX 30253 |
| Ownership: | | | - |
| Original Creditor: | | | - |
| Company Sold-to: | | | - |
| Credit Limit: | | | $1800 |
| Monthly Payment: | | | - |
| Past Due Amount: | | | $0 |
| High Balance: | | | $1800 |
| Balloon Payment: | | | |
| Comments: | | | - |

### 24-Month Payment History

| | 2013 | | | | | | | | | | | | 2014 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

© 2014 Consumerinfo.com, Inc.



freecreditreport.com

# Dajhar Jerome Johnson's
# 6/17/2014 3-Bureau Credit Report with Scores

## Accounts (cont.)

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
|  **HSBC/BSBUY (888) 385-8916** | | | |

|  | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | HSBC/BSBUY | No match found. | No match found. |
| Account #: | 700119192737XXXX | | |
| Payment Status: | Credit line closed | | |
| Account Type: | Retail Card | | |
| Balance: | $0 | | |
| Date Open: | 10/01/2008 | | |
| Last Updated: | 03/01/2011 | | |
| Account Status: | Closed | | |
| Terms: | Revolving | | |
| Phone #: | (888) 385-8916 | | |
| Address: | PO BOX 9 | | |
| Ownership: | | | |
| Original Creditor: | - | | |
| Company Sold-to: | - | | |
| Credit Limit: | $1800 | | |
| Monthly Payment: | - | | |
| Past Due Amount: | $0 | | |
| High Balance: | $1800 | | |
| Balloon Payment: | - | | |
| Comments: | - | | |

### 24-Month Payment History

| | 2012 | | | | | | 2013 | | | | | | | | | | | | 2014 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |



**freecreditreport.com®**

# Dajhar Jerome Johnson's
# 6/17/2014 3-Bureau Credit Report with Scores

## Accounts (cont.)

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| ⓘ  🏠 **HSBC/BSTBY (888) 385-8916** | | | |
| Account Name: | No match found. | No match found. | HSBC/BSTBY |
| Account #: | | | 70011919XXXX |
| Payment Status: | | | Payment after charge off / collection |
| Account Type: | | | Unknown |
| Balance: | | | $0 |
| Date Open: | | | 10/17/2008 |
| Last Updated: | | | 01/01/0001 |
| Account Status: | | | Closed |
| Terms: | | | |
| Phone #: | | | (888) 385-8916 |
| Address: | | | PO BOX 9 |
| Ownership: | | | - |
| Original Creditor: | | | - |
| Company Sold-to: | | | - |
| Credit Limit: | | | $1800 |
| Monthly Payment: | | | - |
| Past Due Amount: | | | $0 |
| High Balance: | | | $1800 |
| Balloon Payment: | | | - |
| Comments: | | | - |

### 24-Month Payment History

| | 2012 | | | | | | 2013 | | | | | | | | | | | | 2014 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

© 2014 Consumerinfo.com, Inc.



DAJHAR J. JOHNSON
4341 S. MORGAN AVE
LOS ANGELES, CA 90011
(213)842-3782

January 28, 2014

EXPERIAN
P.O. Box 2002
ALLEN, TX 75013

I am disputing the following items:

1. [MIDLAND FUND and account # 855254****]

2. [MIDLAND FUND and account # 855029****]

3. [XEROX STATE & LOCAL SO and account # 17CA4DSX725201****]

4. [XEROX STATE & LOCAL SO and account # 17CA5YKR107200****]

5. [CAPITAL ONE and account # 51780593****]

6. [HSBC/BSBUY and account  #700119192737****]

Please provide me with a description of the reinvestigation procedure for all items. Please
provide me with the source of information for all items. Please send me all information in my
consumer file. Please send me an updated copy of my credit report. Thank you for your
cooperation in advance.

Sincerely,

DAJHAR J. JOHNSON
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

P.S.  Please find enclosed a copy of my Drivers License and bill statement to verify my identity.



DAJHAR JOHNSON
4341 S. MORGAN AVE
LOS ANGELES, CA 90011
(213)842-3782

January 28, 2014

Transunion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

I am disputing the following items:

1. [MIDLAND FUND and account # 855254****]

2. [MIDLAND FUND and account # 855029****]

3. [CAPITAL ONE and account # 51780593****]

4. [HSBC/BSTBY and account # 70011919****]

Please provide me with a description of the reinvestigation procedure for all items. Please provide me with the source of information for all items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.

Sincerely,

DAJHAR J. JOHNSON
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

P.S.  Please find enclosed a copy of my Drivers License and bill statement to verify my identity.



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

CAROL STREAM, IL 60197                    0129

| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.49 |

Postmark Here
02/04/2014

Sent To  HSBC BANK
Street, Apt. No.; or PO Box No.  P.O. BOX 5253
City, State, ZIP+4  CAROL STREAM, IL 60197

See Reverse for instructions

PS Form 3800, August 2006

```
                                        $0.49
CAROL STREAM IL 60197 Zone-7
First-Class Mail Letter
0.60 oz.
Expected Delivery: Fri 02/07/14
Return Rcpt (Green Card)            $2.70
@@ Certified                        $3.30
USPS Certified Mail #:
70070710000403223336
                                  ========
                                    $6.49

Issue PVI:
```

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                     FEB 1 0 2014

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
(Transfer from service label)    7007 0710 0004 0322 3336

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com℠

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.49 |

Postmark Here

03/13/2014

7007 0710 0004 0322 3510

Sent To   HSBC Bank
Street, Apt. No. or PO Box No.   P.O. Box 5253
City, State, ZIP+4   Carol Stream IL 60197

PS Form 3800, August 2006          See Reverse for Instructions

```
                60197  Zone-7
First-Class Mail Letter              $0.49
0.40 oz.
Expected Delivery: Mon 03/17/14
Return Rcpt (Green Card)
@@ Certified                         $2.70
USPS Certified Mail #:               $3.30
7007071000040322351O

Issue PVI:                         ========
                                     $6.49
DALLAS TX 75204 Zone-6
First-Class Mail Letter              $0.49
0.40 oz.
Expected Delivery: Mon 03/17/14
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HSBC BANK
P.O. Box 5253
Carol Stream, IL 60197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Jeff                             MAR 18 2014

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:            ☐ No

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 0710 0004 0322 3510

PS Form 3811, July 2013          Domestic Return Receipt

㉑

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian
P.O. Box 2002
Chester, PA 19022-2000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
   (Transfer from service label)

7007 0710 0004 0322 3367

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.49 |

Postmark Here  FEB 2014  02/04/2004

Sent To  EXPERIAN
Street, Apt. No.; or PO Box No.  P.O. BOX 2002
City, State, ZIP+4  CHESTER, PA 19022-2000

PS Form 3800, August 2006     See Reverse for Instructions

```
            0.60 oz.
Expected Delivery: Fri 02/07/14
Return Rcpt (Green Card)          $2.70
@@ Certified                     $3.30
USPS Certified Mail #:
7007071000403223299

 Issue PVI:                  ==========
                                 $6.49

ALLEN TX 75013 Zone-6
First-Class Mail Letter          $0.49
 0.80 oz.
Expected Delivery: Fri 02/07/14
Return Rcpt (Green Card)          $2.70
@@ Certified                     $3.30
USPS Certified Mail #:
7007071000403223367

 Issue PVI:                  ==========
                                 $6.49

CRUM LYNNE PA 19022 Zone-8
First-Class Mail Letter          $0.49
 0.80 oz.
Expected Delivery: Fri 02/07/14
```

(22)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transunion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X TransUnion LLC

☐ Agent
☐ Addressee

B. Received by (Printed Name)

FEB 7 201

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7007 0710 0004 0322 3374

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

CRUM LYNNE PA 19022

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.49 |

Postmark Here

02/04/2014

Sent To
TRANSUNION CONSUMER RELATIONS
Street, Apt. No.; or PO Box No.  P.O. BOX 2000
City, State, ZIP+4
CHESTER, PA 19022-2000

PS Form 3800, August 2006     See Reverse for Instructions

---

USPS Certified Mail #:
70070710000403223367

Issue PVI:                         $6.49

CRUM LYNNE PA 19022 Zone-8
First-Class Mail Letter            $0.49
0.80 oz.
Expected Delivery: Fri 02/07/14
Return Rcpt (Green Card)           $2.70
@@ Certified                       $3.30
USPS Certified Mail #:
70070710000403223374

Issue PVI:                         $6.49

ATLANTA GA 30374 Zone-8
First-Class Mail Letter            $0.49
0.80 oz.
Expected Delivery: Fri 02/07/14

(23)

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )

Oghar Johnson

**(b)** County of Residence of First Listed Plaintiff  _Las Angeles_
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

Oghar Johnson   4341 S. Morgan Ave
(213) 842-3782   Las Angeles, California 90011

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

HSBC Bank USA National Association

County of Residence of First Listed Defendant  _Du Page_
*(IN U.S. PLAINTIFF CASES ONLY)*

Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No   [X] **MONEY DEMANDED IN COMPLAINT:** $ _5,000.00_

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Fair Debt Collection Practices Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS** | **TORTS** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 310 Airplane | [ ] 370 Other Fraud | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influ-enced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [X] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Com-modities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | [ ] 190 Other Contract | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 195 Contract Product Liability | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | |
| [ ] 895 Freedom of Info. Act | [ ] 196 Franchise | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | **LABOR** | |
| [ ] 896 Arbitration | **REAL PROPERTY** | [ ] 362 Personal Injury-Med Malpractice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 210 Land Condemnation | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| | [ ] 220 Foreclosure | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accommodations | [ ] 740 Railway Labor Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| | | | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| | | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

CV14-07724

**FOR OFFICE USE ONLY:**   Case Number:

CV-71 (06/14)                 CIVIL COVER SHEET                 Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:**  Your answers to the questions below will determine the division of the Court to which this case will be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:   Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| ☐ Yes  ☒ No | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | | Western |
| If "no," skip to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | | Southern |
| | ☐ Riverside or San Bernardino | | Eastern |

| QUESTION B:   Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | B.1.  Do 50% or more of the defendants who reside in the district reside in Orange Co.? *check one of the boxes to the right* → | ☐ YES.  Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No | | ☐ NO.  Continue to Question B.2. |
| If "no," skip to Question C.  If "yes," answer Question B.1, at right. | B.2.  Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.) *check one of the boxes to the right* → | ☐ YES.  Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO.  Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:   Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | C.1.  Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? *check one of the boxes to the right* → | ☐ YES.  Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No | | ☐ NO.  Continue to Question C.2. |
| If "no," skip to Question D.  If "yes," answer Question C.1, at right. | C.2.  Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.) *check one of the boxes to the right* → | ☐ YES.  Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO.  Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1.  Is there at least one answer in Column A? | D.2.  Is there at least one answer in Column B? |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. | If "yes," your case will initially be assigned to the EASTERN DIVISION. |
| Enter "Southern" in response to Question E, below, and continue from there. | Enter "Eastern" in response to Question E, below. |
| If "no," go to question D2 to the right. → | If "no," your case will be assigned to the WESTERN DIVISION. Enter "Western" in response to Question E, below. ↓ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: → | *Western* |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes  ☒ No |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**  ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any cases previously filed **in this court?**  ☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases are related when they:** (1) arise from the same or a closely related transaction, happening, or event; (2) call for determination of the same or substantially related or similar questions of law and fact; or (3) for other reasons would entail substantial duplication of labor if heard by different judges. That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____   DATE: 10/06/14

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |